UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DENISE MARZIGLIANO,

                    Plaintiff,                    20-cv-1150 (PKC)

      -against-                              ORDER

BURLINGTON COAT FACTORY
WAREHOUSE CORPORATION,

                    Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff is a resident of the Eastern District of New York (Suffolk County) and it was in defendant's store in that District (Suffolk County) in which the incident, a slip and fall, occurred. Plaintiff appears to be a citizen of Florida. Nothing is alleged to have occurred in this District. Both parties agree that the action should be transferred to the Eastern District of New York

        The Clerk is directed to transfer the action to the Eastern District of New York for the convenience of parties and witnesses and in the interests of justice.

        SO ORDERED.

                                              P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       March 24, 2020